UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DANIEL KEIDRICK,** #547623, | ) ) ) |
| Plaintiff, | ) ) |
| v. | No. 3:24-cv-00082 ) ) |
| **WARDEN VAN TEIL, et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

Daniel Keidrick filed a pro se Complaint and but did not address the filing fee. (Doc. No. 1). The Court therefore directed Keidrick to either pay the filing fee or submit an in forma pauperis application. (Doc. No. 4). The Court warned Keidrick that failure to comply or request an extension within thirty days would result in dismissal. Id. However, Keidrick has not responded in any way by the deadline. Because Keidrick has not paid the filing fee, this suit may not proceed on the merits in federal court. 28 U.S.C. § 1914. In addition, this action is subject to dismissal for want of prosecution. See Fed. R. Civ. P. 41(b); Carpenter v. City of Flint, 723 F.3d 700, 704 (6th Cir. 2013); Link v. Wabash R.R., 370 U.S. 626, 630 (1962). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. This form of dismissal allows Keidrick to initiate a new civil action regarding these or other matters, subject to all applicable rules and time limits.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE